Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ashlyn Saenz-Ochoa
Assistant Federal Public Defender
New Mexico State Bar No. 161658
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ashlyn_Saenz-Ochoa@fd.org

*Attorney for Petitioner Garit Fernandez Ioannis Handel

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Garit Fernandez Ioannis Handel, | |
| Petitioner, | Case No. 2:26-cv-00417-APG-BNW |
| v. | **Stipulation and Order for Extension of Time to File First Amended Petition** |
| Pamela Bondi, *et al.*, | |
| Respondents. | **(First Request)** |

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition by 5 days, up to and including March 17, 2026. This is the first request for an extension of time.

1

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 17, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Garit Fernandez on February 19, 2026.[2] Undersigned counsel appeared on February 26, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of appearance.[4] Therefore, Mr. Garit Fernandez's amended petition is due on March 12, 2026. For the reasons explained below, the parties now enter into this Stipulation requesting a 5-day extension of time for Petitioner to file his amended petition.

Counsel for Petitioner has been diligently working on gathering the information necessary to complete Mr. Garit Fernandez's amended petition. Counsel met with Petitioner through a video legal visit with the assistance of an interpreter on March 5, 2026. Based on that visit, undersigned counsel addressed certain legal issues that require more legal research. These novel issues also require time for undersigned counsel to confer with her colleagues at the FPD. This 5-day extension will allow counsel to conduct the necessary legal research and meet with FPD colleagues to ensure that Petitioner's claims are being brought forth properly.

Undersigned counsel and counsel for Respondents, Martin J. Mayer, have conferred regarding the need for an extension of time to file the amended petition and agree on the proposed extension of five days. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 6.

[4] ECF No. 3.

Dated March 11, 2026.

Respectfully submitted,

| | |
|---|---|
| Sigal Chattah | Rene L. Valladares |
| Acting United States Attorney | Federal Public Defender |

| | |
|---|---|
| /s/ *Martin J. Mayer* | */s/ Ashlyn Saenz-Ochoa* |
| Martin J. Mayer | Ashlyn Saenz-Ochoa |
| Special Assistant United States Attorney | Assistant Federal Public Defender |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: March 12, 2026

3