TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ioannis Hander GARIT FERNANDEZ,<br><br>      Petitioner,<br><br>    v.<br><br>Todd BLANCHE, *et al.,*<br><br>      Respondents. | Case No. 2:26-cv-00417-APG-BNW<br><br>**Stipulation to Retroactively Extend Time for Federal Respondents to File Supplemental Brief pursuant to Court's Order, ECF No. 15**<br><br>**(First Request)** |

Petitioner and Federal Respondents (collectively, "the parties"), through their respective undersigned counsel, hereby stipulate and agree as follows:

1.    On May 1, 2026, the Court issued an Order for "the parties to submit supplemental briefs, limited to five pages, on the statutory or regulatory basis for Fernandez's parole per the following schedule: (1) simultaneous opening briefs are due May 7, 2026, and (2) simultaneous response briefs are due May 12, 2026." ECF No. 15, p. 2:12–15.

2.    Lead counsel for the Federal Respondents, Special Assistant United States Attorney ("SAUSA") Martin Mayer, has been in mandatory DHS training since May 4, 2026, and will not return until May 11, 2026.

3. On May 7, 2026, Petitioner filed his Supplemental Opening Brief, ECF No. 16, pursuant to the Court's Order, ECF No. 15. Federal Respondents did not file a Supplemental Opening Brief as ordered.

4. Under Federal Rule of Civil Procedure 6(b)(1)(B), the Court may extend a deadline "on motion made after the time has expired if the party failed to act because of excusable neglect."

5. The Civil Division of the United States Attorney's Office for the District of Nevada ("USAO-NV") is and has been operating at or below 50% of its full civil AUSA capacity. Coupled with the massive volume of habeas immigration cases which have fully occupied the USAO-NV, as well as an impending trial further absorbing its resources, the USAO-NV was unable to sufficiently assign an attorney to cover this supplemental briefing in SAUSA Mayer's absence, and Federal Respondents' response in this matter was excusably neglected.

6. On May 8, 2026, the parties conferred and agree to stipulate to retroactively extend the deadline for Federal Respondents to file the supplemental opening brief to **May 12, 2026**, so that SAUSA Mayer will have time to prepare and file the ordered brief upon his return.

7. The parties further agree to stipulate to extend the deadline for the parties to file dual response briefs to **May 15, 2026**.

8. Counsel for Petitioner consents to this extension so that Petitioner may meaningfully review Respondents' opening brief and submit a substantive response to this Court. Counsel for Petitioner has respectfully communicated that she will not consent to any further extensions for this supplemental briefing schedule.

9. This is the first request to extend the briefing schedule. This stipulated request is filed in good faith and not for the purpose of undue delay.

/ / /

Accordingly, the parties respectfully request that the Court grant this stipulation to retroactively extend the deadline for Federal Respondents to file a supplemental opening brief to **May 12, 2026**, and to extend the deadline for the parties to file dual responses to **May 15, 2026**.

Respectfully submitted this 8th day of May 2026.

RENE VALLADARES
Federal Public Defender

*/s/ Ashlyn Saenz-Ochoa*
ASHLYN SAENZ-OCHOA
Assistant Federal Public Defender
*Attorneys for Petitioner*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** May 11, 2026